**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4914-16T1

STATE OF NEW JERSEY,

     Plaintiff-Respondent,

v.

ROSEMARY EKEADA,

     Defendant-Appellant.

_____

Submitted May 30, 2019 – Decided June 11, 2019

Before Judges Simonelli and Firko.

On appeal from Superior Court of New Jersey, Law Division, Camden County, Municipal Appeal No. A-07-17.

Schnader, Harrison, Segal & Lewis, LLP, attorneys for appellant (Samantha J. Banks and Lisa J. Rodriguez, on the brief).

Mary Eva Colalillo, Camden County Prosecutor, attorney for respondent (Linda Anne Shashoua, Assistant Prosecutor, of counsel and on the brief).

PER CURIAM

Following a trial before the municipal court, on April 5, 2017, defendant Rosemary Ekeada was convicted of obstructing the administration of law, N.J.S.A. 2C:29-1(a); disorderly conduct, N.J.S.A. 2C:33-2(a)(1); resisting arrest, N.J.S.A. 2C:29-2(a)(1); and simple assault, N.J.S.A. 2C:12-1(a)(1). Defendant was also convicted of several motor vehicle offenses. The municipal court judge sentenced defendant to sixty days in the county jail, with credit for time served, and imposed the appropriate fines and penalties. Defendant was incarcerated from April 5, 2017 to April 27, 2017.

Defendant appeals from the June 1, 2017 Law Division order, which dismissed her appeal of her municipal court conviction as untimely. The State does not oppose this appeal or a remand to the Law Division to determine whether defendant timely filed her appeal with the Law Division. Accordingly, we reverse the June 1, 2017 order and remand this matter to the Law Division to consider whether defendant timely filed her appeal or substantially complied with the filing requirements, and to make findings of facts and conclusions of law as required by Rule 1:7-4.

Reversed and remanded. We do not retain jurisdiction.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2                                    A-4914-16T1